**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00068-CV**
_____

**IN RE MID CENTURY INSURANCE COMPANY OF TEXAS**

_____

**Original Proceeding**

_____

**ORDER**

Mid Century Insurance Company of Texas filed a petition for writ of mandamus. The relator is a party in Cause No. B-177,392-B, *Horace Hebert and Billie Hebert v. Robert Conrad* consolidated with No. D-191,476, *Mid Century Insurance Company of Texas v. Billie Hebert, et al.* Relator seeks a writ compelling the Honorable Gary Sanderson, Judge of the 60th District Court, to vacate its order of February 4, 2014, which compelled production of documents that Relator contends are subject to objections and assertions of privilege. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator alleges that prejudice will result if production occurs before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of February 4, 2014, in Cause No. B-177,392-B consolidated with Cause No. D-191,476 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest, Sheigh Summerlin, Dependent Administrator for the Estate of Robert Conrad, and Horace Hebert and Billie Hebert, Individually and in their capacity as assignees made on behalf of the Estate of Robert Conrad, are due on or before February 24, 2014, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED February 13, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2